UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEANNA RIS,**

    **Plaintiff,**                                            CASE NO.  8:16-cv-02414-JSM-AAS

vs.

**ICOLLECT.COM, CORP.**

    **Defendant.**

_____/

**MOTION FOR CONTEMPT AND TO STRIKE DEFENDANT'S PLEADINGS AND
INCORPORATED MEMORANDUM OF LAW**

    Plaintiff, Deanna Ris, hereby files this Motion for Contempt and to Strike Defendant's Pleadings and Incorporated Memorandum of Law, and states the following:

    1.    Defendant's prior counsel withdrew as counsel for Defendant on May 5, 2017. (Dkts. 24 and 25).

    2.    In the Court's Order authorizing Defendant's counsel's withdrawal, the Court stated:

> Defendant Icollect.com, Corp. is put on notice that, because it is a corporation, it cannot represent itself in this case and must be represented by an attorney admitted to practice before this Court. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); Local Rule 2.03(e), M.D. Fla. Defendant shall retain new counsel who shall file a notice of appearance by **May 30, 2017**.

(Dkt. 25).

    3.    Defendant did not comply with this Court's Order.  To date, no notice of appearance has been filed by any lawyer on behalf of Defendant.

    4.    Defendant is a corporation and, therefore, cannot represent itself or defendant the instant action pro se.  *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

-1-

## MEMORANDUM OF LAW

District courts possess the inherent power to police their own dockets. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962). The Federal Rules of Civil Procedure give district courts the power to enter a default, strike pleadings, or render judgment against a party that disobeys court orders. *See* Fed.R.Civ.P. 37(b)(2)(setting forth a list of sanctions, including striking a party's pleadings, for disobeying court orders); Fed.R.Civ.P. 16(f)(incorporating the sanction powers articulated in Rule 37(b)(2) as applied to scheduling or pretrial orders); *see also ABS-SOS Plus Partners Ltd. v. Vein Associates of Am., Inc.*, 2008 WL 5191701 at *1-2 (M.D. Fla. Dec. 10, 2008); *Pickett v. Executive Preference Corp.*, 2006 WL 2947844 (M.D. Fla. Oct. 16, 2006). In this case, striking Defendant's pleadings is particularly appropriate because: (1) Defendant disobeyed this Court's Order, and (2) the subject of Defendant's disobedience renders Defendant unable to defend itself in court, including the assertions made in its pleadings.

WHEREFORE, Plaintiff respectfully requests that this Court strike Defendant's pleadings and grant such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and served a copy of the foregoing motion on Defendant directly at the following address: 601 Heritage Drive, Suite 446, Jupiter, Florida 33458.

**DISPARTI FOWKES & HASANBASIC, P.A.**

/s/Ryan C. Hasanbasic_____
Ryan C. Hasanbasic, Esq.
Fla. Bar No. 044119
Ryan@DispartiLaw.com
Paul R. Fowkes, Esq.

-3-

                    Fla. Bar No. 723886
                    Paul@DispartiLaw.com
                    2154 Duck Slough Blvd.
                    Suite 101
                    Trinity, Florida 34655
                    (727) 943-3202
                    (727) 943-3203 (Facsimile)
                    *Attorneys for Plaintiff*